**Paterno A. PAJE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

**No. 03–3095.**

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2003.

ON MOTION

*ORDER*

Pursuant to the court's July 22, 1997 order in 97–3263, *Paje v. OPM,* this appeal was docketed in error.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion and declaration for leave to proceed in forma pauperis is moot.

(2) The petition for review is dismissed. No filings can be accepted from petitioner until the $100.00 sanction imposed by court order on July 22, 1997 is paid.